In re: Appointment of Two Directors for Wells Township School District. Ayers Appeal.

Argued November 21, 1928.

Before HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.

584

*J. Roy Lilley,* and with him *Wm. P. Wilson,* for appellant.

*Rodney A. Mercur,* for appellees.

PER CURIAM, November 27, 1928:

As this appeal involve's the title or right to a public office, jurisdiction is in the Supreme Court; the case is accordingly certified to the Supreme Court: Brower v. Kantner, 9th Pa. Superior Ct. 94.